FILED
JUN 6 2022
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARCO ANTONIO BENITEZ (1),<br><br>Defendant. | Case No. 21CR03349-TWR<br><br>**ORDER AND JUDGMNET OF DISMISSAL OF THE INDICTMENT WITHOUT PREJUDICE AS TO DEFENDANT MARCO ANTONIO BENITEZ ONLY**<br><br>The Honorable Todd W. Robinson |

Good cause having been shown, the United States' Motion to Dismiss the Indictment Without Prejudice as to Defendant MARCO ANTONIO BENITEZ <u>only</u> is **GRANTED**. The Court dismisses the Indictment without prejudice as to Defendant MARCO ANTONIO BENITEZ only.

**SO ORDERED AND ADJUDGED.**

DATED: 6/6/22

_____
TODD W. ROBINSON
United States District Judge